|  | TYPE OF HEARING: PH/DH |
|---|---|
|  | CASE NUMBER: 1:19-mj-260 |
|  | MAGISTRATE JUDGE: Ivan D. Davis |
|  | DATE: 6/7/2019 |
|  | TIME: 2:00 p.m. |
| EASTERN DISTRICT OF VIRGINIA | TAPE: FTR RECORDER |
|  | DEPUTY CLERK: Laura Guerra |

UNITED STATES OF AMERICA

    VS.

# Brian Patrick Baynes

GOVT. ATTY: Anthony Mariano

DEFT'S ATTY: Todd Richman for Elizabeth Mullin

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )

Gov't adduced evidence and rests. Affidavit admitted into evidence as gov't exhibit number one. Court finds PC. Matter continued for further proceedings before the Grand Jury.

BOND:

Gov't seeks detention. Deft argues for release with conditions-GRANTED. Deft placed on PR bond with conditions. Deft remanded until all conditions are met.

( ) DEFT IS REMANED TO THE CUSTODY OF THE USMS DUE TO
( ) RISK OF NON APPEARANCE ( ) SAFETY OF THE COMMUNITY
( ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

NEXT COURT APPEARANCE _____TIME _____
_____